# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0660.  JENNIFER GAINES v. JENNIE FARNSWORTH.**

Pursuant to OCGA § 19-7-1 (b.1), Jennifer Gaines filed a "Petition for Third Party Custody, Determination of Parenting Time and Petition for Declaratory Judgment," seeking joint custody and parenting rights as to her former partner Jennie Farnsworth's biological child.  Farnsworth filed a motion for summary judgment, asserting that Gaines lacks standing to pursue a third-party custody action.  Gaines responded, contending that OCGA § 19-7-1 (b) (1) and (b.1) are unconstitutional as applied to her and other women in same-sex relationships who were precluded from marrying, adopting, and legitimizing children prior to *Obergefell v. Hodges*, 576 U. S. ___ (135 SCt 2584, 192 LE2d 609) (2015).  The trial court agreed with Farnsworth and granted her motion for summary judgment.  In its order, the trial court specifically addressed Gaines's constitutional challenges.

Gaines then sought appellate review of the trial court's order by filing both an application for discretionary appeal and a direct appeal.  We transferred Gaines's discretionary application to the Supreme Court pursuant to its constitutional-question jurisdiction.  See *Gaines v. Farnsworth*, Case No. A18D0132 (Oct. 25, 2017); see also Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1); *Zarate-Martinez v. Echemendia*, 299 Ga. 301, 303-304 (1) & (2) (788 SE2d 405) (2016).  Because the instant appeal seeks review of the same trial court order, and for the reasons stated in our order in

Case No. A18D0132, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,   11/14/2017*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*